IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CRAIG LAMONT HENRY
ADC #182978                                                                                      PLAINTIFF

v.                                  No. 2:22-cv-35-DPM

DEAN MANNIS, Head Sheriff, Arkansas
County Department of Corrections;
JEREMIAH RICHARDS, CID
Investigator, Arkansas County
Department of Corrections;  KESHUN
GADDY, (Kieshawn/Keyshawn Gatty)
Inmate, Arkansas County Department of
Corrections;  KERI TIMMONS, Inmate,
ADC;  BUBBA SHELTON, Constable,
Arkansas County Sheriff's Department;
SAM GOLDEN, Deputy Sheriff, Arkansas
County Sheriff's Department;  RODNEY
SMITH, Inmate, Arkansas County
Detention Center;  ANTHONY HOOKS,
Inmate, Arkansas County Detention
Center;  KEYSHAWN SIMS, "Keshun,"
Inmate, Arkansas County Detention
Center;  ARKANSAS COUNTY
SHERIFF'S DEPARTMENT;  TIM BLAIR,
Arkansas County Prosecuting Attorney;
and CODY EASON, Deputy Sheriff,
Arkansas County                                                                              DEFENDANTS

## JUDGMENT

**1.** Henry's claims against the Arkansas Department of Corrections, Gaddy, Timmons, Sims, Hooks, the Arkansas County Sheriff's Department, the Arkansas County Administration, Blair, Mannis, and Eason are dismissed without prejudice.

**2.** Henry's failure to protect, failure to provide medical care, and failure to prosecute claims against Richard, Shelton, and Golden are dismissed without prejudice.

**3.** Henry's wrongful arrest claims against Richard, Golden, and Shelton are dismissed with prejudice.

*W P Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2024